UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20125-BECERRA/TORRES

DOUGLAS GUTIERREZ,

    Plaintiff,

vs.

PAYLESS RESPONSE TEAM LLC
d/b/a WATERRESTO USA,
PAYLESS JANITORIAL INC, and
ABRAHAM NEWMAN,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

    Patrick Brooks LaRou, Esq. of the FairLaw Firm hereby notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Douglas Gutierrez, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address/email address.

    Respectfully submitted this 12th day of January 2026,

                                                s/ Patrick Brooks LaRou
                                                Patrick Brooks LaRou, Esq.
                                                Florida Bar No. 1039018
                                                brooks@fairlawattorney.com
                                                FAIRLAW FIRM
                                                135 San Lorenzo Avenue, Suite 770
                                                Coral Gables, Florida 33146
                                                Telephone: (305) 230-4884
                                                Counsel for Plaintiff