UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20125-BECERRA/TORRES

DOUGLAS GUTIERREZ,

    Plaintiff,

vs.

PAYLESS RESPONSE TEAM LLC
d/b/a WATERRESTO USA,
PAYLESS JANITORIAL INC, and
ABRAHAM NEWMAN,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE
## ON DEFENDANT PAYLESS RESPONSE TEAM LLC D/B/A WATERRESTO USA

    Plaintiff, Douglas Gutierrez, hereby files the Return of Service on Defendant, Payless Response Team LLC d/b/a Waterresto USA (served on January 22, 2026).

    Respectfully submitted this 26th day of January 2026,

                                            s/ Patrick Brooks LaRou
                                            Brian H. Pollock, Esq. (174742)
                                            brian@fairlawattorney.com
                                            Patrick Brooks LaRou, Esq. (1039018)
                                            brooks@fairlawattorney.com
                                            FAIRLAW FIRM
                                            135 San Lorenzo Avenue, Suite 770
                                            Coral Gables, Florida 33146
                                            Telephone: (305) 230-4884
                                            *Counsel for Plaintiff*