## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:26-CV-20125-JB

Plaintiff:
**DOUGLAS GUTIERREZ**

vs.

Defendants:
**PAYLESS RESPONSE TEAM LLC d/b/a WATERRESTO USA,
PAYLESS JANITORIAL INC, and
ABRAHAM NEWMAN**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 23rd day of January, 2026 at 2:30 pm to be served on **PAYLESS JANITORIAL INC by serving Abraham Newman, PSTD, 500 N.E. 191st Street, Miami, FL 33179**.

I, Joseph Onega, do hereby affirm that on the **26th day of January, 2026** at **12:25 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Abraham Newman, as PSTD,** for PAYLESS JANITORIAL INC by serving Abraham Newman, PSTD, at the address of: **500 N.E. 191st Street, Miami, FL 33179**, and informed said person of the contents therein, in compliance with Florida statute 48.081.

**Description** of Person Served: Age: 60, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 175, Hair: Grey, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

_____
**Joseph Onega**
CPS 1861, SPS 1253

**Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321**

Our Job Serial Number: NAY-2026000077

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e