UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20125-BECERRA/TORRES

DOUGLAS GUTIERREZ,

      Plaintiff,

vs.

PAYLESS RESPONSE TEAM LLC
d/b/a WATERRESTO USA,
PAYLESS JANITORIAL INC, and
ABRAHAM NEWMAN,

      Defendants.

_____/

## PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE
## ON DEFENDANT ABRAHAM NEWMAN

Plaintiff, Douglas Gutierrez, hereby files the Return of Service on Defendant, Abraham

Newman (served on January 26, 2026).

Respectfully submitted this 29th day of January 2026,

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*
