UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 26-CV-20125

DOUGLAS GUTIERREZ,

    Plaintiff,

vs.

PAYLESS RESPONSE TEAM LLC
d/b/a WATERRESTO USA,
PAYLESS JANITORIAL INC, and
ABRAHAM NEWMAN,

    Defendants.
_____/

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

Defendants, PAYLESS RESPONSE TEAM LLC d/b/a WATERRESTO USA, PAYLESS JANITORIAL INC, and ABRAHAM NEWMAN, by and through the undersigned counsel, hereby file and serve the above-referenced motion and state as follows:

1. Defendants, PAYLESS RESPONSE TEAM LLC d/b/a WATERRESTO USA, was served with a copy of Plaintiff's Complaint on January 22, 2026, meaning that responsive pleading is due today, February 12, 2026. [D.E. # 7].

2. Defendants, PAYLESS JANITORIAL INC, and ABRAHAM NEWMAN, were served with a copy of Plaintiff's Complaint on January 26, 2026, meaning those responsive pleadings are due February 17, 2026. [D.E. # 8-9].

3. The undersigned counsel needs an extension of time to again meet with Defendants and to gather and review pertinent records to prepare a response to Plaintiff's

Complaint. The undersigned needs time to review the records Defendants have gathered thus far and will continue to gather.

4. Accordingly, Defendants request an extension of time up to and including February 26, 2026 to file a responsive pleading to Plaintiff's Complaint.

5. This Motion has not been interposed for delay nor inconvenience. Rather, this Motion has been filed in good faith and in the interest of justice. Plaintiff will not be prejudiced by the grant of the instant Motion.

6. Plaintiff does not oppose the requested extension to answer the Complaint.

7. A proposed Order will be e-mailed to the Court in WORD format in accordance with the Court's procedures.

WHEREFORE, based on the foregoing, Defendants respectfully request an extension of time up to and including February 26, 2023 in which to file an answer or other responsive pleading in this matter.

Respectfully submitted,

s/ Gary A. Costales
Gary A. Costales
Florida Bar No. 0948829
Law Offices of Gary A. Costales, P.A.
1533 Sunset Drive, Suite 150
Miami, FL 33143
(786) 448-7288
(786) 323-7274 (facsimile)
costalesgary@hotmail.com

**CERTIFICATE OF SERVICE**

**I hereby certify** that on February 12, 2026, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                         s/ Gary A. Costales

### SERVICE LIST

***DOUGLAS GUTIERREZ v. PAYLESS RESPONSE TEAM LLC ET AL***
***CASE NO.: 26-CV-20125***

**United States District Court, Southern District of Florida**

| | |
|---|---|
| Brian H. Pollock, Esq. | Gary A. Costales, Esq. |
| E-mail: brian@fairlawattorney.com | Email: costalesgary@hotmail.com |
| | |
| FAIRLAW FIRM | GARY A. COSTALES, P.A. |
| 135 San Lorenzo Ave., Suite 770 | 1533 Sunset Drive, Suite 150 |
| Coral Gables, FL 33146 | Miami, FL 33143 |
| Tel.: (305) 230-4884 | Tel.: (786) 448-7288 |
| Attorneys for Plaintiff | (786) 323-7274 (facsimile) |
| *Notice of Electronic Filing* | costalesgary@hotmail.com |
| | Attorney for Defendants |
| | *Notice of Electronic Filing* |