UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20125-BECERRA/TORRES

DOUGLAS GUTIERREZ,

    Plaintiff,

vs.

PAYLESS RESPONSE TEAM LLC
d/b/a WATERRESTO USA,
PAYLESS JANITORIAL INC, and
ABRAHAM NEWMAN,

    Defendants.
_____/

## NOTICE OF FILING ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68

Plaintiff, Douglas Gutierrez, through his undersigned counsel and pursuant to Federal Rule of Civil Procedure 68(a), hereby requests that the Clerk of this Court enter a judgment in his favor and against the Defendants, Payless Response Team LLC d/b/a/ WaterResto USA, Payless Janitorial Inc, and Abraham Newman, as follows:

1. Defendants, Payless Response Team LLC d/b/a/ WaterResto USA, Payless Janitorial Inc, and Abraham Newman, served an Offer of Judgment on Plaintiff on February 18, 2026, wherein they offered to allow a judgment to be entered in Plaintiff's favor and against the Defendants, jointly and severally, consisting of

    a. $2,500.00 to Plaintiff as alleged back wages, to be made payable to Plaintiff;

    b. $2,500.00 to Plaintiff as alleged liquidated damages, to be made payable to Plaintiff; and

      c. Plaintiff's attorney's fees and costs.

(*See* Defendants' Offer of Judgment to Plaintiff, attached hereto as Exhibit "A".)

    2. Plaintiff's undersigned counsel sent an email to Defendants' counsel on March 4, 2026, attaching Plaintiff's Notice of Acceptance of Defendants' Rule 68 Offer of Judgment (Exhibit "B"). (*See* Email Correspondence Enclosing Acceptance, attached hereto as Exhibit "C").

    3. Plaintiff requests the Clerk of this Court to enter a judgment in Plaintiff's favor and against the Defendants, Payless Response Team LLC d/b/a/ WaterResto USA, Payless Janitorial Inc, and Abraham Newman, pursuant to Federal Rule of Civil Procedure 68, to include the following:

      a. Entering a judgment in favor of Plaintiff, Douglas Gutierrez, and against the Defendants, Payless Response Team LLC d/b/a/ WaterResto USA, Payless Janitorial Inc, and Abraham Newman, jointly and severally, for $5,000.000, which includes $2,500.00 in compensatory overtime wage damages and $2,500.00 in liquidated damages caused by Defendants' violations of the FLSA.

      b. Entering a judgment determining that Plaintiff, Douglas Gutierrez, is the prevailing party in this action, entitled to recover his attorney's fees and costs from the Defendants, Payless Response Team LLC d/b/a/ WaterResto USA, Payless Janitorial Inc, and Abraham Newman, jointly and severally, pursuant to 29 U.S.C. § 216(b) in an amount to be determined by the Court.

      c. Entering a judgment to bear interest at the rate prescribed by 28 U.S.C. § 1961, which shall be enforceable as prescribed by 28 U.S.C. §§ 2001-2007, 28 U.S.C. §§ 3001-3307, and Federal Rule of Civil Procedure 69(a).

   d. Entering a judgment with the Court retaining jurisdiction over this cause and over the parties for the purposes of entering all further orders that are just and proper.

Respectfully submitted this 4th day of March 2026,

                  s/ Patrick Brooks LaRou
                  Brian H. Pollock, Esq. (174742)
                  brian@fairlawattorney.com
                  Patrick Brooks LaRou, Esq. (1039018)
                  brooks@fairlawattorney.com
                  FAIRLAW FIRM
                  135 San Lorenzo Avenue, Suite 770
                  Coral Gables, Florida 33146
                  Telephone: (305) 230-4884
                  *Counsel for Plaintiffs*