UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 26-CV-20125

DOUGLAS GUTIERREZ,

    Plaintiff,

vs.

PAYLESS RESPONSE TEAM LLC
d/b/a WATERRESTO USA,
PAYLESS JANITORIAL INC, and
ABRAHAM NEWMAN,

    Defendants.
_____/

## **DEFENDANTS' OFFER OF JUDGMENT TO PLAINTIFF**

Defendants by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 68, hereby offer to allow judgment to be entered against the Defendants to the specific herein. Pursuant to Fed. R. Civ. P. 68, acceptance of this offer shall be made by service of a written notice of acceptance, directed to the undersigned counsel, within fourteen (14) days after service of this offer.  If the offer is not accepted within that time period, it will be deemed withdrawn. Pursuant to Fed. R. Civ. P. 68, if this offer is not accepted, it will be inadmissible except in a proceeding to determine costs and penalties.  Plaintiff claims he worked over forty hours per week.

**OFFER OF JUDGMENT** – Defendants offer to allow judgment to be entered in favor of Plaintiffs, Douglas Gutierrez, Case No.: 26-CV-20125 on the claims asserted in the above-styled action, in the amount of two thousand five hundred dollars ($2,500) for back wages and an additional two thousand five hundred dollars ($2,500) for liquidated damages for a total of five thousand dollars ($5,000) in addition to attorney's fees and costs.

Respectfully submitted,

s/ Gary A. Costales
Gary A. Costales
Florida Bar No. 0948829

Law Office of Gary A. Costales, P.A.
1533 Sunset Drive, Suite 150
Miami, FL 33143
Telephone: (786) 446-7288 Ext. 1001
(786) 446-7298 (direct)
Facsimile: (786) 323-7274

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was sent via e-mail *(brian@fairlawattorney.com)* to the below-named addressee on this 18th day of February 2026.

Brian H. Pollock, Esq.
FAIRLAW FIRM
135 San Lorenzo Ave., Suite 770
Coral Gables, FL 33146

s/ Gary A. Costales
Attorney