UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20125-BECERRA/TORRES

DOUGLAS GUTIERREZ,

    Plaintiff,

vs.

PAYLESS RESPONSE TEAM LLC
d/b/a WATERRESTO USA,
PAYLESS JANITORIAL INC, and
ABRAHAM NEWMAN,

    Defendants.
_____/

## NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT

Plaintiff, Douglas Gutierrez, hereby notifies the Defendants, Payless Response Team LLC d/b/a/ WaterResto USA, Payless Janitorial Inc, and Abraham Newman, that the Offer of Judgment served on him February 18, 2026, under Federal Rule of Civil Procedure 68 is accepted:

Plaintiff agrees to accept the Defendants' offer to allow a judgment to be entered in his favor and against the Defendants, jointly and severally, for: (1) $2,500.00 to Plaintiff as alleged back wages, to be made payable to Plaintiff; (2) $2,500.00 to Plaintiff as alleged liquidated damages, to be made payable to Plaintiff; and (3) Plaintiff's attorney's fees and costs.

Plaintiff will hereafter notify the Clerk of Courts of the service of Defendants' Rule 68 Offer of Judgment and this Notice of Acceptance to request the issuance of a judgment in his favor, consistent with the above. *See* Fed. R. Civ. P. 68(a) ("If, within 14 days after being served, the opposing party serves written notice accepting the offer, either party may then file the offer and notice of acceptance, plus proof of service. The clerk must then enter judgment.")

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by email this 4th day of March 2026 on Gary A. Costales, Esq., costalesgary@hotmail.com, GARY A. COSTALES, P.A., 1533 Sunset Drive, Suite 150, Miami, Florida 33143, as *Counsel for Defendants*.

> s/ Patrick Brooks LaRou
> Brian H. Pollock, Esq. (174742)
> brian@fairlawattorney.com
> Patrick Brooks LaRou, Esq. (1039018)
> brooks@fairlawattorney.com
> FAIRLAW FIRM
> 135 San Lorenzo Avenue, Suite 770
> Coral Gables, Florida 33146
> Telephone: (305) 230-4884
> *Counsel for Plaintiffs*