**From:** Brooks LaRou brooks@fairlawattorney.com
**Subject:** Acceptance of Rule 68 Offer of Judgment - Douglas Gutierrez v. Payless Response Team LLC; Case No. 1:26-cv-20125-JB
**Date:** March 4, 2026 at 6:41 PM
**To:** Gary Costales gary@youremploymentattorney.com
**Cc:** employmentsecretary@hotmail.com, Brian Pollock brian@fairlawattorney.com, Juan Aragon juan@fairlawattorney.com, Steffany Sanguino steffany@fairlawattorney.com

| Court Identity: | **UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA** |
|---|---|
| Case No. | 1:26-cv-20125-JB |
| Plaintiff(s): | Douglas Gutierrez |
| Defendant(s): | Payless Response Team d/b/a WaterResto USA<br>Payless Janitorial Inc<br>Abraham Newman |
| Document being served: | Plaintiff's Notice of Acceptance of Defendants' Rule 68 Offer of Judgment |
| Sender's name: | P. Brooks LaRou, Esq. |
| Sender's phone number: | (786) 254-0366 |

Gary,

It was nice meeting with you yesterday. Attached please find Plaintiff's Notice of Acceptance of Defendants' Rule 68 Offer of Judgment. As mentioned in the Notice, we'll proceed by filing the Offer and Notice of Acceptance with the Court.

Best regards,

P. Brooks LaRou, Esq.
FairLaw Firm
Dir: 786.254.0366
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brooks@fairlawattorney.com
www.fairlawattorney.com



Not of Acceptance of Rule 68 Offer (D. Gutierrez).pdf
60 KB