UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20125-BECERRA/TORRES

DOUGLAS GUTIERREZ,

    Plaintiff,

vs.

PAYLESS RESPONSE TEAM LLC
d/b/a WATER RESTO USA,
PAYLESS JANITORIAL INC, and
ABRAHAM NEWMAN,

    Defendants.
_____/

**PLAINTIFF'S AMENDED CERTIFICATE OF INTERESTED PARTIES**

Plaintiff, Douglas Gutierrez, identifies the following persons and entities with an interest in the outcome of this action, as follows:

1. **The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:**

    a)    Douglas Gutierrez – Plaintiff;

    b)    Brian H. Pollock, Esq. – counsel for Plaintiff;

    c)    Patrick Brooks LaRou, Esq. – counsel for Plaintiff;

    d)    Law Office of Brian H. Pollock, P.A. d/b/a FairLaw Firm – counsel for Plaintiff;

    e)    Derek T. Smith, Esq. – former counsel for Plaintiff;

    f)    Derek Smith Law Group, PLLC – former counsel for Plaintiff;

    g)    Payless Response Team LLC d/b/a Water Resto USA – Defendant;

      h)      Payless Janitorial Inc – Defendant;

      i)      Abraham Newman – Defendant;

      j)      Gary A. Costales, Esq. – counsel for Defendants;

      k)      Law Offices of Gary A. Costales, P.A. – counsel for Defendants

**2.** **The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

    None known to Plaintiff.

**3.** **The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

    None known to Plaintiff.

**4.** **The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

    Plaintiff, Douglas Gutierrez.

**5.** **Check one of the following:**

    _X_ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

                  -or-

    ____ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

Respectfully submitted this 5th day of March 2026,

                s/ Patrick Brooks LaRou
                Brian H. Pollock, Esq. (174742)
                brian@fairlawattorney.com
                Patrick Brooks LaRou, Esq. (1039018)
                brooks@fairlawattorney.com
                FAIRLAW FIRM
                135 San Lorenzo Avenue, Suite 770
                Coral Gables, Florida 33146
                Telephone: (305) 230-4884
                *Counsel for Plaintiff*

3

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*