UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20125-BECERRA/TORRES

DOUGLAS GUTIERREZ,

      Plaintiff,

vs.

PAYLESS RESPONSE TEAM LLC
d/b/a WATERRESTO USA,
PAYLESS JANITORIAL INC, and
ABRAHAM NEWMAN,

      Defendants.

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

      Plaintiff, Douglas Gutierrez, by and through undersigned counsel, hereby notifies the Court pursuant to S.D. Fla. Local Rule 16.4 that the Parties have settled the above captioned case and are in the process of drafting and executing their written Settlement Agreement.

      Respectfully submitted this 28th day of April 2026,

<div style="margin-left:50%">

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*

</div>

Coral Gables, Florida │ Detroit, Michigan
FairLaw Firm