**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:26-CV-20125-BECERRA/TORRES**

DOUGLAS GUTIERREZ,

     Plaintiff,

v.

PAYLESS RESPONSE TEAM LLC
d/b/a WATER RESTO USA,
PAYLESS JANITORIAL INC, and
ABRAHAM NEWMAN,

     Defendants.

_____/

### <u>ORDER APPROVING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE</u>

THIS CAUSE came before the Court upon the Parties' Joint Motion for Approval of the Parties' Settlement and for Dismissal with Prejudice [ECF No. 22] (the "Motion"). The Court, having reviewed the Motion, the Settlement Agreement attached thereto, and being otherwise duly advised in the premises, hereby ORDERS AND ADJUDGES as follows:

1. The Joint Motion is **GRANTED**.

2. The Court finds that the Settlement Agreement represents a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. The settlement provides for full payment of amounts allegedly due to Plaintiff, as well as payment for a general release of all other claims for damages and legal or equitable relief obtainable under the FLSA. The Parties are represented by experienced employment counsel who have explained the terms, contents, conditions, and effects of the Settlement Agreement to their respective clients.

3. The Court further finds that the attorneys' fees and costs were negotiated separately and without regard to the amount paid to Plaintiff, and that Plaintiff's counsel agreed to accept a compromised amount for attorneys' fees and costs that is less than the total amount incurred to date.

4. The Settlement Agreement is hereby **APPROVED**.

5. This action is **DISMISSED WITH PREJUDICE**, each party to bear their own fees and costs except as otherwise provided in the Settlement Agreement.

6. The Court **RETAINS JURISDICTION** over this matter for a period of thirty (30) days following the entry of this Order for the limited purpose of enforcing the terms of the Settlement Agreement. After the expiration of that thirty (30) day period, this case shall be **CLOSED**.

**DONE AND ORDERED** in Miami, Florida, this ____ day of _____, 2026.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**

*Copies furnished to all counsel of record*